**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

*October 06, 2022*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **CRIMINAL NO.**   4:22-cr-490 |
| § | |
| **SHAKIA CHENIQUE MILLER** § | |
| **OMMAR TERRAN GREEN** § | |
| **DOMINIQUE CHILDRESS** § | |
| **HEAVEN TRACI WILLIAMS** § | |
| **JEREMY CADI FORD** § | |

## INDICTMENT

The United States Grand Jury charges:

At all times material herein:

1.    The Federal Deposit Insurance Corporation (FDIC) was an agency of the federal government which insured the deposits of member banks against loss up to $100,000 with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions.

2.    First Community Credit Union ("FCCU"), including its branches, was a financial institution the deposits of which were insured by the FDIC.

## COUNT 1
### (Conspiracy - 18 U.S.C. § 371)

A.    **INTRODUCTION**

3.    The Grand Jury adopts, realleges, and incorporates herein the allegations in paragraphs 1-2 of the Introduction of this Indictment as if set out fully herein.

**B.** **THE CONSPIRACY AND ITS OBJECTS**

4.      Beginning in or about January 2022 and continuing until in or about March 2022, in the Houston Division of the Southern District of Texas, and elsewhere,

**SHAKIA CHENIQUE MILLER**
**OMMAR TERRAN GREEN**
**DOMINIQUE CHILDRESS**
**HEAVEN TRACI WILLIAMS**
**JEREMY CADI FORD**

defendants herein, together with other persons known and unknown to the grand jury, did unlawfully and knowingly combine, conspire, confederate, and agree with others, to steal and take from and out of an authorized depository for mail located at 6140 Hwy 6, Missouri City, Texas 77459, mail items including checks, acts chargeable as Theft of Mail under Title 18, U.S.C. § 1708.

**C.** **THE MANNER AND MEANS OF THE CONSPIRACY**

The manner and means of the conspiracy were as follows:

5.      The conspirators stole U.S. Mail from a Commercial Mail Receiving Agency box and/or received U.S. Mail that was stolen from a Commercial Mail Receiving Agency box.

6.      The stolen U.S. Mail included checks to companies or entities for work that was performed by the companies or entities.

7.      The conspirators fraudulently opened up bank accounts at FCCU in the names of the companies or entities in order to deposit the stolen checks and to later withdraw the funds from those deposits.

D.    **OVERT ACTS**

8.    In furtherance of the conspiracy, and to affect the objects thereof, the defendants performed and caused to be performed, among others, the acts set listed below:

a.    In January 2022, Navon Group LLC mailed two checks, including check #23715, in the amount of $39,283.20, and check #24578, in the amount of $148,185.35, to Affordable Floors for work performed by Affordable Floors for Navon Group LLC.   Specifically, the checks were mailed to Affordable Floors at a Commercial Mail Receiving Agency ("CMRA") box, located at 6140 Hwy 6, #164, Missouri City, TX.   Affordable Floors, with a CMRA located at 6140 Hwy 6, #164, Missouri City, never received the checks.

b.    On February 15, 2022, **SHAKIA CHENIQUE MILLER** opened an FCCU account at an FCCU branch location at Spring Branch, 9100 Westview, Houston, TX 77055, in the name of Affordable Floors.   **MILLER** provided an address of 7500 Pinemont Drive, Apt. 412, Houston, TX.   **MILLER** received an account number ending in ending 6150.   **MILLER** provided a Harris County Assumed Name Certificate for Affordable Floors, dated February 15, 2022.

c.    The address given by **MILLER** was for a residence and did not correspond to a commercial business. **MILLER** did not work for Affordable Floors with a CMRA located at 6140 Hwy 6, #164, Missouri City.

d.    On February 16, 2022, **MILLER** deposited Navon Group LLC check #23175 into the FCCU account ending in #6150 at an FCCU branch location at Spring Branch, 9100 Westview, Houston, TX 77055.

e.    On February 26, 2022, **OMMAR TERRAN GREEN** deposited Navon Group LLC check #24578 into the FCCU account ending in #6150 at an FCCU ATM machine, located at the Champions branch, 10300 Louetta Road, Ste. 100, Houston, TX 77070.   **GREEN** did not

work for Affordable Floors with a CMRA located at 6140 Hwy 6, #164, Missouri City.

      f.      On February 26, 2022, **MILLER** made two withdrawals from the FCCU account, at an FCCU branch location at Spring Branch, 9100 Westview, Houston, TX 77055.  The first withdrawal was a cash withdrawal for $13,500.00, and the second withdrawal was a cashier check made out to **"HEAVEN T. WILLIAMS"** for $20,000.00.  On the same day, **MILLER** later withdrew $5,000.00 from the account at an FCCU branch location at Bunker Hill, 9710 Katy Freeway, Houston, TX 77055.

      g.      In February 2022, GEP Talent Services, LLC mailed check #42057866, in the amount of $10,695.00, to Tami Roman for work performed by Tami Roman for GEP Talent Services, LLC.  Specifically, the check was mailed to Tami Roman at a CMRA box, located at 6140 Hwy 6 #273, Missouri City, TX.  Tami Roman, with a CMRA box, located at 6140 Hwy 6 #273, Missouri City, never received the check.

      h.      On February 23, 2022, **DOMINIQUE CHILDRESS** opened an FCCU account at an FCCU branch location at Copperfield, 15260 FM 529, Houston, TX 77095, for a doing business as Tami Roman.  **CHILDRESS** provided an address of 1307 Wilcrest Drive, Apt. 4907, Houston, TX.  **CHILDRESS** received an account number ending in ending 0220.  **CHILDRESS** provided a Harris County Assumed Name Certificate for Tami Roman, dated February 23, 2022.

      i.      The address given by **CHILDRESS** was for a residence and did not correspond to a commercial business. **CHILDRESS** did not work for Tami Roman with a CMRA located at 6140 Hwy 6, #273, Missouri City.

      j.      On February 24, 2022, **CHILDRESS** deposited GEP Talent Services, LLC check #42057866 into the FCCU account ending in #0220 at an FCCU branch location at Copperfield, 15260 FM 529, Houston, TX 77095.

      k.      In February 2022, Ameritrex Machine & Fab LLC mailed check #114834, in the

4

amount of $271,169.91, to Turnkey Projects for work performed by Turnkey Projects for Ameritrex Machine & Fab LLC. Specifically, the check was mailed to Turnkey Projects at a CMRA box, located at P.O. Box 1453, Montgomery, TX. Turnkey Projects, with a CMRA box, located at P.O. Box 1453, Montgomery, TX, never received the check.

l.      On March 2, 2022, **HEAVEN TRACI WILLIAMS** opened an FCCU account at an FCCU branch location at Copperfield, 15260 FM 529, Houston, TX 77095 for a doing business as Turnkey Projects. **WILLIAMS** provided an address of 6833 Lakeview Haven Drive, Apt. 436, Houston, TX. **WILLIAMS** received an account number ending in ending 3700. **WILLIAMS** previously registered for an Assumed Name Certificate in the name of Turnkey Projects.

m.      The address given by **WILLIAMS** was for a residence and did not correspond to a commercial business. **WILLIAMS** did not work for Turnkey Projects with a CMRA located at P.O. Box 1453, Montgomery, TX.

n.      On March 3, 2022, **WILLIAMS** deposited Turnkey Projects check #114834 into the FCCU account ending in #3700 at an FCCU branch location at Copperfield, 15260 FM 529, Houston, TX 77095.

o.      In February 2022, Aerocargo Inc. mailed check #32590, in the amount of $42,500.00, to JIT Transport for work performed by JIT Transport for Aerocargo Inc. Specifically, the check was mailed to JIT Transport at a CMRA box, located at 6140 Hwy 6 #301, Missouri City, TX. JIT Transport, with a CMRA box, located at 6140 Hwy 6 #301, Missouri City, never received the check.

p.      On March 3, 2022, **JEREMY CADI FORD** opened an FCCU account at an FCCU branch location at Alief, 3200 S. Dairy Ashford, Houston, TX 77082, for a doing business as JIT Transport. **FORD** provided an address of 21211 Park Wick Lane, Katy, TX. **FORD** received

an account number ending in ending 4110.  **FORD** provided a Harris County Assumed Name Certificate for JIT Transport dated January 31, 2022.  **FORD** and **WILLIAMS** each registered for an Assume Name Certificate in the name of JIT Transport.

q.      The address given by **FORD** was for a residence and did not correspond to a commercial business. **FORD** did not work for JIT Transport with 6140 Hwy 6 #301, Missouri City.

r.      On March 4, 2022, **FORD** deposited JIT Transport check #32590 into the FCCU account ending in #4110 at an FCCU branch location at Aliana, 10161 West Grand Parkway S., Richmond, TX 77407.

In violation of Title 18, United States Code, Section 371.

## COUNT 2
### (Bank Fraud - 18 U.S.C. § 1344)

9.      The allegations in paragraphs 1-8 of this Indictment are hereby adopted, realleged, and incorporated as if set out fully herein.

10.      In or about February 2022, in the Houston Division of the Southern District of Texas, and elsewhere,

**SHAKIA CHENIQUE MILLER**
**OMMAR TERRAN GREEN**

defendants herein, did knowingly execute and attempt to execute a scheme and artifice to defraud First Community Credit Union, a financial institution the deposits of which were insured by the FDIC, and to obtain moneys and funds owned by and under the custody and control of the above-listed financial institutions, by means of false and fraudulent pretenses, representations by knowingly and fraudulently conducting the transactions described in paragraph 8 above.

In violation of Title 18, United States Code, Sections 1344 and 2.

6

## COUNT 3
### (Bank Fraud - 18 U.S.C. § 1344)

11.     The allegations in paragraphs 1-8 of this Indictment are hereby adopted, realleged, and incorporated as if set out fully herein.

12.     In or about February 2022, in the Houston Division of the Southern District of Texas, and elsewhere,

## DOMINIQUE CHILDRESS

defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud First Community Credit Union, a financial institution the deposits of which were insured by the FDIC, and to obtain moneys and funds owned by and under the custody and control of the above-listed financial institutions, by means of false and fraudulent pretenses, representations by knowingly and fraudulently conducting the transactions described in paragraph 8 above.

In violation of Title 18, United States Code, Section 1344.

## COUNT 4
### (Bank Fraud - 18 U.S.C. § 1344)

13.     The allegations in paragraphs 1-8 of this Indictment are hereby adopted, realleged, and incorporated as if set out fully herein.

7

14.    In or about March 2022, in the Houston Division of the Southern District of Texas, and elsewhere,

## HEAVEN TRACI WILLIAMS

defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud First Community Credit Union, a financial institution the deposits of which were insured by the FDIC, and to obtain moneys and funds owned by and under the custody and control of the above-listed financial institutions, by means of false and fraudulent pretenses, representations by knowingly and fraudulently conducting the transactions described in paragraph 8 above.

In violation of Title 18, United States Code, Section 1344.

## COUNT 5
### (Bank Fraud - 18 U.S.C. § 1344)

15.    The allegations in paragraphs 1-8 of this Indictment are hereby adopted, realleged, and incorporated as if set out fully herein.

16.    In or about March 2022, in the Houston Division of the Southern District of Texas, and elsewhere,

## JEREMY CADI FORD

defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud First Community Credit Union, a financial institution the deposits of which were insured by the FDIC, and to obtain moneys and funds owned by and under the custody and control of the above-listed financial institutions, by means of false and fraudulent pretenses, representations by knowingly and fraudulently conducting the transactions described in paragraph 8 above.

In violation of Title 18, United States Code, Section 1344.

## NOTICE OF FORFEITURE

(18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), & 982(a)(2); 28 U.S.C. § 2461(c))

17.    Pursuant to Title 18, United States Code, Section 982 (a)(2)(A), the United States

gives notice to the defendants,

**SHAKIA CHENIQUE MILLER**
**OMMAR TERRAN GREEN**
**DOMINIQUE CHILDRESS**
**HEAVEN TRACI WILLIAMS**
**JEREMY CADI FORD**

that in the event of conviction of the offenses charged in this Indictment, the United States intends

to seek forfeiture of all property constituting or derived from proceeds obtained, directly or

indirectly, as the result of such offenses.

### Money Judgment and Substitute Assets

18.    The United States gives notice that it will seek a money judgment against each

defendant. In the event that one or more conditions listed in Title 21, United States Code, Section

853(p) exists, the United States will seek to forfeit any other property of the defendants up to the

value of the property subject to forfeiture.

TRUE BILL

# Original Signature on File

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
United States Attorney

By:   *Michael Day*

MICHAEL E. DAY
Assistant United States Attorney

9